**Terry T. KEY, Plaintiff—Appellant,**

v.

**T.S. FERRELL, Detective; William A.**
**Hogan, Rocky Mount Police Chief;**
**Tammy Malinowski, Defendants—Appellees.**

No. 05–7068.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 27, 2005.

Decided: Oct. 4, 2005.

Terry T. Key, Appellant pro se.

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Terry T. Key appeals the district court's judgment and order dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous. We have reviewed the record and the district court's order and affirm for the reasons of the district court. *See Key v. Ferrell,* No. CA–05–148–BO (E.D.N.C. May 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*